1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA HOBBS,                                Nos.  1:16-cv-00137-DAD-BAM
                                                       1:16-cv-00553-DAD-BAM
12                    Plaintiff,

13            v.                                 ORDER CONSOLIDATING CASES

14   METROPOLITIAN LIFE INSURANCE
     COMPANY, RPC INCORPORATED, and
15   RPC INCORPORATED WELFARE
     FUND,
16
                      Defendants.
17

18   MARIA HOBBS,

19                    Plaintiff,

20            v.

21   METROPOLITIAN LIFE INSURANCE
     COMPANY, VF CORPORATION, and
22   VF CORPORATION HEALTH AND
     WELFARE PLAN,
23   Defendants.

24

25

26          Before the court is the parties' stipulation to consolidate the following related cases:

27          • *Maria Hobbs v. Metropolitan Life Insurance Company, RPC Incorporated, and RPC*

28             *Incorporated Welfare Fund*, Case No. 1:16-cv-00137-DAD-BAM; and

                                                1

- *Maria Hobbs v. Metropolitan Life Insurance Company, VF Corporation, and VF Corporation Health and Welfare Plan*, Case No. 1:16-cv-00553-DAD-BAM.

(Case No. 1:16-cv-00137-DAD-BAM, Doc. No. 18.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising the court's discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  Here, the court finds that the related actions involve the same or similar parties, claims and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to grant the parties' stipulation.

Accordingly,

1.  The above-referenced related cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

2.  The Clerk of the Court is directed to file this order in each of the above-referenced related cases;

3.  Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case numbers.  Future captions should indicate the lead case number followed by the remaining member case number as follows:

|  |  |
|---|---|
| **Lead Case:** | **1:16-cv-00137-DAD-BAM** |
| **Member Case:** | **1:16-cv-00553-DAD-BAM** |

IT IS SO ORDERED.

Dated:   **June 27, 2016**                          _____
                                                 UNITED STATES DISTRICT JUDGE

2